Steven J. Brock, Esq., SBN 241870
steven@sjbinc.net
LAW OFFICES OF STEVEN JAY BROCK, INC., APLC
14071 Peyton Drive, Suite 430
Chino Hills, CA 91709
Telephone: (909) 627-8190
Cellular + Text: (909) 969-8980
Facsimile: (909) 474-8880

JS-6

Attorneys for Plaintiff
TONI CORRAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - EASTERN DISTRICT

| | |
|---|---|
| TONI CORRAL,<br><br>            Plaintiff,<br>      v.<br><br>SCHNEIDER LOGISTICS, and DOES 1 through 10, inclusive,<br><br>            Defendants. | Case No.: EDCV13-01609 VAP (OPx)<br><br>**ORDER OF DISMISSAL**<br><br>*Hon. Virginia A. Phillips* |

On March 5, 2014, a STIPULATION OF DISMISSAL, signed by the attorneys of record for all parties to this action, was filed with this Court.

THE COURT ORDERS that this action be, and hereby is, dismissed with prejudice.

Dated: March 6, 2014

_____
Virginia A. Phillips
United States District Judge

*Law Offices of*
*STEVEN JAY BROCK, INC.*
*A Professional Law Corporation*

[PROPOSED]  ORDER OF DISMISSAL

1